|  |  |
|---|---|
| CHRISTINA BEVANS, | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| Plaintiff(s), |  |
| -vs- | Civil Action No. 12-249 (KM) |
| GENERAL MILLS, INC., | ORDER |
| Defendant(s), |  |

**THIS MATTER** having come before the Court for a telephone conference on March 17, 2014; and for good cause shown;

**IT IS** on this 18th day of March, 2014

**ORDERED THAT:**

1. The administrative stay is vacated and the case is restored to the active docket.

2. All expert reports on damages shall be served 30 days after rulings on summary judgment motions.

3. Fact discovery shall be completed by **June 30, 2014**

4. An in person status conference is scheduled for **Wednesday, May 21, 2014 at 11:00 a.m.**  Three to five days in advance of the conference, the parties shall submit a brief status letter.

                                                       *s/Madeline Cox Arleo*
                                                       **MADELINE COX ARLEO**
                                                       **United States Magistrate Judge**

| Original: | Clerk |
|---|---|
| cc: | Hon. Kevin McNulty, U.S.D.J. |
|  | File |