**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-877-3845
Email: bgreenberg@litedepalma.com

**REESE LLP**
Michael R. Reese (*Admitted pro hac vice*)
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: mreese@reeserichman.com

**MILBERG LLP**
Ariana J. Tadler (*Admitted pro hac vice*)
Henry J. Kelston (*Admitted pro hac vice*)
One Pennsylvania Plaza
New York, New York 10019
Telephone: 212-594-5300
Facsimile: 212-868-1229
Email: atadler@milberg.com
hkelston@milberg.com

*Attorneys for Plaintiffs*

**PERKINS COIE LLP**
David T. Biderman (*Admitted pro hac vice*)
4 Embarcadero Center, Suite 2400
San Francisco, CA 94111
Phone: 415-344-7000
Fax: 415-344-7050

Charles C. Sipos (*Admitted pro hac vice*)
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Phone: 206-359-8000
Fax: 206-359-9000

**BLANK ROME LLP**
Stephen M. Orlofsky
David C. Kistler
New Jersey Resident Partners
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Phone: 609-750-2646
Fax: 609-897-7286

*Attorneys for Defendant General Mills, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE GENERAL MILLS, INC. KIX CEREAL LITIGATION | Civil Action No.: 12-249 (KM)(SCM)<br><br>**STIPULATION AND SCHEDULING ORDER** |

481983.1

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs Christina Bevans, Robin Marcus, Christine Zardeneta, and Daniel Kellogg (collectively, "Plaintiffs"), and Defendant General Mills, Inc. ("General Mills") (collectively, the "Parties"), jointly submit and respectfully request that the Court enter the following Stipulated Scheduling Order:

1. Motions for summary judgment and any expert reports relied upon therein shall be ~~filed~~ *served* on June 19, 2015.

2. Expert discovery, including expert depositions and the production of any expert work papers in support of motions for summary judgment, shall be completed on July 24, 2015.

3. Oppositions to motions for summary judgment and any expert reports relied upon therein shall be ~~filed~~ *served* on August 14, 2015.

4. Expert discovery, including expert depositions and the production of any expert work papers in support of oppositions to summary judgment, shall be completed on September 18, 2015.

5. Replies in support of motions for summary judgment, and any rebuttal expert reports in support thereof, shall be filed on October 9, 2015, *together with the moving and opposition papers for the reasons set forth on the record today.*

6. The Parties will not proceed with briefing on class certification until such time as the Court acts on all of the Parties' motions for summary judgment. However, Plaintiffs reserve the right to seek leave of Court to file a motion for class certification 120 days or more after the briefing on the motions for summary judgment has been completed. Defendant reserves the right to oppose Plaintiffs' request for such leave.

7. The Parties shall, as necessary, submit a schedule for class certification and expert reports and discovery within fifteen (15) days of a ruling by the Court on the motion(s) for summary judgment, or if Plaintiffs elect to seek leave to file a motion for class certification 120 days or more after the completion of summary judgment briefing.

8. Defendant confirms that it has waived any defenses it might have to Plaintiffs' motion for summary judgment on the basis of the doctrine of one-way intervention.

//
//

481983.1

**STIPULATED AND AGREED BY:**

Dated: April 23, 2015                              **LITE DEPALMA GREENBERG, LLC**

By: /s/ *Bruce D. Greenberg*
     Bruce D. Greenberg

*Attorneys for Plaintiffs*

Dated: April 23, 2015                              **REESE LLP**

By: /s/ *Michael R. Reese*
     Michael R. Reese

*Attorneys for Plaintiffs*

Dated: April 23, 2015                              **MILBERG LLP**

By: /s/ *Henry J. Kelston*
     Henry J. Kelston

*Attorneys for Plaintiffs*

Dated: April 23, 2015                              **PERKINS COIE LLP**

By: /s/ *Charles C. Sipos*
     Charles C. Sipos

*Attorneys for Defendant General Mills, Inc.*

Dated: April 23, 2015                              **BLANK ROME LLP**

By: /s/ *Stephen M. Orlofsky*
     Stephen M. Orlofsky

*Attorneys for Defendant General Mills, Inc.*

**ORDER**

The Stipulated Scheduling Order is hereby adopted by the Court and the parties are ordered to comply with this Order.

Dated: May 1, 2015

_____
Honorable Steven C. Mannion, U.S.M.J.

-3-

481983.1