UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

April 18, 2019

## LETTER ORDER

Re: **Bevans v. General Mills, Inc.**
    **Civil Action No. 12-249 (KM)**

Dear Counsel:

The Court will conduct a settlement conference with the parties on **May 21, 2019 at 12:00 PM**. All counsel and clients with full settlement authority shall be present, in-person at the conference. By no later than **May 17, 2019**, the parties are to submit separate confidential ex parte settlement position papers not to exceed **five (5) pages**. Such letters are not to be filed, but are to be sent directly to Chambers via email **(JBC_orders@njd.uscourts.gov)**.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**