| | |
|---|---|
| **BLANK ROME LLP**<br>Stephen M. Orlofsky<br>Adrienne C. Rogove<br>New Jersey Resident Partners<br>300 Carnegie Center, Suite 220<br>Princeton, NJ  08540<br>Phone:  609-750-2646<br>Fax:  609-897-7286<br>Orlofsky@BlankRome.com<br>Rogove@BlankRome.com<br><br>*Attorneys for Defendant*<br>*General Mills, Inc.* | **PERKINS COIE LLP**<br>David T. Biderman (*Admitted Pro Hac Vice*)<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>Phone: 415-344-7000<br>Fax: 415-344-7050<br><br>Charles C. Sipos (*Admitted Pro Hac Vice*)<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101<br>Phone:  206-359-8000<br>Fax:  206-359-9000 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINA BEVANS, on behalf of herself and all others similarly situated,<br><br>                                         Plaintiff,<br><br>      v.<br><br>GENERAL MILLS, INC.,<br><br>                                         Defendant. | Civil Action No. 2:12-cv-00249-KM-JBC<br><br>*Electronically Filed*<br><br>**WITHDRAWAL OF APPEARANCE OF DAVID C. KISTLER, ESQUIRE** |

The undersigned, David C. Kistler, hereby withdraws his appearance as counsel for Defendant General Mills, Inc., in the above-captioned matter.

                                                                    */s/ David C. Kistler*
                                                                    David C. Kistler, Esquire

Dated: April 29, 2019