

570 Broad Street  /  Suite 1201  /  Newark, NJ 07102
973.623.3000 Main  /  973.623.0858 Fax  /  litedepalma.com

Newark  /  Philadelphia

January 26, 2023

**VIA ECF**
Hon. Kevin McNulty, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey 07101

**\*\*\* ORDER \*\*\***

Re: **_In re: General Mills, Inc. Kix Cereal Litigation_ (2:12-cv-00249-KM-JBC)**
**Opposition to Request for Continuation of a Stay**

Dear Judge McNulty:

Together with our co-counsel, this office represents plaintiffs in this matter.

Plaintiffs oppose any continuance of a stay. There is absolutely no reason to believe that the Food and Drug Administration ("FDA") will issue any rulemaking in this area any time soon, if ever. Accordingly, the stay should be lifted.

We hereby respectfully request a conference with the Court so that we can discuss the status of the matter. Thank you very much for your consideration.

Respectfully,

*/s/ Bruce D. Greenberg*

Bruce D. Greenberg

cc:   All Counsel of Record (via ECF)

**DENIED.**
**Stay continued through April 1, 2023.**

**SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 1/27/2023**

940095.2