

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

March 31, 2023

**VIA ECF**
Hon. Kevin McNulty, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    **_In re: General Mills, Inc. Kix Cereal Litigation_ (2:12-cv-00249-KM-JBC)**
                **Opposition to Request for Continuation of a Stay**

Dear Judge McNulty:

      Together with our co-counsel, this office represents plaintiffs in this matter. We are in receipt of defendant's letter which was filed electronically today (Dkt No. 244). Plaintiffs intend to respond by Tuesday, April 4, 2023.

                                  Respectfully,

                                  */s/ Bruce D. Greenberg*

                                  Bruce D. Greenberg

BDG:emp

cc:      All Counsel of Record (via ECF)