

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

March 5, 2024

**VIA ECF**
Hon. Jamel K. Semper, U.S.D.J.
United States District Court, District of New Jersey
Frank R. Lautenberg U.S. Post Office and Courthouse
Two Federal Square
Newark, New Jersey 07102

    Re:    *In re: General Mills, Inc. Kix Cereal Litigation*
              **Civil Action No. 2:12-cv-00249 (JKS)(JBC)**

Dear Judge Semper:

    Together with our co-counsel, this office represents plaintiffs in this matter. I write on behalf of and with the consent of all counsel to request that the Court adjourn the scheduled June 26, 2024 telephone status conference.

    As the parties advised the Court during yesterday's telephone status conference, the parties have agreed on a settlement mediator and were in the process of fixing a date in June for a mediation. Due to scheduling difficulties, the parties were not able to secure a date before June 26. Instead, the mediation has been scheduled for June 27. For that reason, the parties respectfully request that the Court adjourn the June 26 status conference.

    The parties have conferred, and counsel would all be available on July 24 or 26 if either of those dates are acceptable to the Court, or on such other date as the Court selects, subject to counsel's availability. Thank you very much for your consideration.

              Respectfully,

              */s/ Bruce D. Greenberg*

              Bruce D. Greenberg

bdg/abm

cc:    All Counsel of Record (via ECF)