# BLANKROME

300 Carnegie Center | Suite 220 |Princeton, NJ 08540

A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner

blankrome.com

Phone:   (609) 750-2646
Fax:     (609) 897-7286
Email:   Stephen.Orlofsky@BlankRome.com

July 18, 2024

**VIA ECF**
Honorable Jamel K. Semper
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, NJ  07101

      Re:    *In re: General Mills, Inc. Kix Cereal Litigation (2:12-cv-00249-JKS-JBC)*

Dear Judge Semper:

      We, along with our co-counsel Perkins Coie LLP, represent Defendant General Mills, Inc. We write to report that, following mediation with the Honorable Freda L. Wolfson, U.S. Chief Dist. Judge (ret.), the parties have reached a settlement in principle and are in the process of reducing the agreement to writing.  Once that occurs, the parties intend to file a stipulation of dismissal with prejudice, which will terminate the litigation.  Accordingly, we respectfully request that the telephone status conference scheduled for July 24, 2024, be adjourned, and that a 60-day administrative termination order be entered pursuant to Local Civil Rule 41.1(b).

      We thank Your Honor for your assistance and consideration.

      Respectfully submitted,

      *s/ Stephen M. Orlofsky*

      Stephen M. Orlofsky

cc:    Counsel of Record (via ECF)
        Honorable Freda L. Wolfson, U.S. Chief Dist. Judge (ret.) (via email)