**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
bgreenberg@litedepalma.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE GENERAL MILLS, INC. KIX CEREAL LITIGATION | Civil Action No.: 2:12-249 (JKS)(JBC) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

The parties having resolved their dispute by settlement, this matter is dismissed with prejudice and without costs.

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated: September 13, 2024       /s/ *Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
bgreenberg@litedepalma.com
*Attorneys for Plaintiffs*

**BLANK ROME**

 /s/ *Stephen M. Orlofsky*
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: 609-750-2646
Facsimile: 609-897-7286
Stephen.orlofsky@blsnkrome.com
*Attorneys for General Mills, Inc.*