SO ORDERED.

**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile:  973-623-0858
bgreenberg@litedepalma.com

*Attorneys for Plaintiffs*

Date: September 16, 2024

/s/ *Hon. Jamel K. Semper*
**HON. JAMEL K. SEMPER, U.S.D.J.**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE GENERAL MILLS, INC. KIX CEREAL LITIGATION

Civil Action No.: 2:12-249 (JKS)(JBC)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

The parties having resolved their dispute by settlement, this matter is dismissed with prejudice and without costs.

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated: September 13, 2024

 /s/ *Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile:  973-623-0858
bgreenberg@litedepalma.com
*Attorneys for Plaintiffs*

**BLANK ROME**

 /s/ *Stephen M. Orlofsky*
300 Carnegie Center, Suite 220
Princeton, NJ  08540
Telephone: 609-750-2646
Facsimile:  609-897-7286
Stephen.orlofsky@blsnkrome.com
*Attorneys for General Mills, Inc.*